Chipchase *v.* Chipchase.

CHARLOTTE F. CHIPCHASE, appellant,

*v.*

JOHN F. CHIPCHASE, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *3 Dick. Ch. Rep. 549.*

*Mr. Gilbert Collins,* for the appellant.

*Messrs. Vredenburgh & Garretson,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, WERTS, BOGERT, BROWN, CLEMENT, SMITH, WHITAKER—13.

*For reversal*—None.